IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIANE McBRIDE,

    Plaintiff,

v.                      Case No. 4:18cv439-MW/CAS

CMI WAL-MART STORE,
#3397,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings. The Clerk shall close the file.

**SO ORDERED** on December 3, 2018.

                                        s/ MARK E. WALKER
                                        **Chief United States District Judge**